

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-85,219-01

### EX PARTE BERNARD CORNELL BANKS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. C-213-010663-1287712-A IN THE 213TH DISTRICT COURT
### FROM TARRANT COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of driving while intoxicated and sentenced to twenty-five years' imprisonment.

Applicant's claims concerning court costs are dismissed. *In re Daniel*, 396 S.W.3d 545, 548 (Tex. Crim. App. 2013); *Ex parte Knight*, 401 S.W.3d 60, 67 (Tex. Crim. App. 2013). Based on this Court's independent review of the record, we find that Applicant's remaining claims are without merit. Therefore, we deny relief.

Filed: July 27, 2016
Do not publish